IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| The Knife Source, LLC, a South Carolina limited liability company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Wachovia Bank, N.A., )<br>)<br>Defendant. ) | C.A. No. 6:07-677-HMH<br><br>**OPINION & ORDER** |

The Knife Source, LLC (hereinafter "Knife Source") is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Knife Source is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
March 19, 2007